ACCEPTED
03-13-00799-CR
3799017
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 1:37:22 PM
JEFFREY D. KYLE
CLERK

NO. 03-13-00799-CR

BILLY JACK VERCHER

V.

THE STATE OF TEXAS

IN THE

THIRD COURT OF APPEALS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 1:37:22 PM
JEFFREY D. KYLE
Clerk

### STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

NOW COMES the State of Texas, Appellee in the above entitled and numbered cause and files this First Motion for Extension of Time to File Appellee's Brief, and in support thereof would show the Court the following:

I.

Appellant was found guilty by a jury of Aggravated Robbery, a First Degree felony enhanced to a 15-99, and the Judge assessed punishment at 30 years confinement in the Texas Department of Criminal Justice. Appellant was granted new counsel on June 27, 2014. Appellant's brief was filed on December 17, 2014. The State's brief is currently due on January 16, 2015.

II.

The State has not requested an extension in this case prior to this request.

III.

The State requests this extension of time due to the following: Counsel for the State has been involved in prosecution of felony cases including contested hearings, pretrial hearings, grand jury presentation, negotiations with opposing counsel, guilty pleas and other hearings in numerous additional pending felony cases. In addition, the State has been preparing several jury cases for January 26, 2015.

WHEREFORE, The Attorney for the State requests an extension of thirty (30) days to February 16, 2015, in which to file State's Brief.

Respectfully submitted,



Jason Ferguson
Assistant District Attorney
51st/119th Judicial District
124 W. Beauregard, Suite B
San Angelo, TX 76903
(325) 659-6583
State Bar No. 24072092

SWORN TO AND SUBSCRIBED before me by the said Jason Ferguson, this 16th day of January, A. D. 2015.

Notary Public
State of Texas

CHRISTINE GEORGE
Notary Public, State of Texas
My Commission Expires
June 28, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellee's Brief was this 16th day of January, 2015, delivered to Melvin Gray, Attorney for Appellant, through e-file .txcourts.gov     .

Jason Ferguson